## STATE *v.* TAYLOR.

An unmarried man having sexual intercourse with a married woman is not guilty of fornication, but of adultery.

INDICTMENT, for fornication. The defendant was a single man, and the other party to the act a married woman. A motion to quash was refused, and the defendant excepted.

*Greene,* solicitor, for the state.

*Barnard & Leach,* for the defendant.

FOSTER, J. An unmarried man having sexual intercouse with a married woman is guilty of adultery. Gen. St., *c.* 256, *s.* 2. Adultery is committed whenever there is an intercourse from which spurious issue may arise. *State* v. *Wallace,* 9 N. H. 515, 517; Bishop on St. Crimes, *s.* 657; Bouv. Law Dic., Fornication. Upon the case stated, the defendant cannot be convicted of the offence charged.

*Exception sustained.*

ALLEN, J., did not sit.